# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CHRIS KOSER**                                                                               **PLAINTIFF**

**v.**                          **Case No. 4:22-cv-01107-LPR**

**EDWARDS, Captain,**
**White County Detention Center, et al.**                           **DEFENDANTS**

## JUDGMENT

Pursuant to today's Order, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's Complaint is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Judgment or the underlying Order would not be taken in good faith.

IT IS SO ADJUDGED this 28th day of February 2023.

                                                   _____
                                                   LEE P. RUDOFSKY
                                                   UNITED STATES DISTRICT JUDGE